**N.C. INS. GUAR. ASS'N v. BOARD OF TRS. OF GUILFORD TECH. CMTY. COLL.**

[362 N.C. 678 (2008)]

| | | |
|---|---|---|
| NORTH CAROLINA INSURANCE | ) | |
| GUARANTY ASSOCIATION | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THE BOARD OF TRUSTEES OF | ) | |
| GUILFORD TECHNICAL | ) | |
| COMMUNITY COLLEGE | ) | |

No. 470P07

The Court allows plaintiff's Petition for Discretionary Review and orders briefing on the following issues:

(1)  Whether granting the right to a State agency to participate in a program, including the right to sue for benefits arising from the program, waives the defense of sovereign immunity?

(2)  Whether a legislative amendment which made State agencies and subdivisions "persons" eligible for the benefits of the North Carolina Insurance Guaranty Association Act (N.C.G.S. § 58-48-1 *et seq.*) also waived the defense of sovereign immunity as to the NCIGA's expressly granted cause-of-action against high net-worth employers?

By Order of the Court in Conference, this 11th day of December, 2008.

Hudson, J.
For the Court

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31.

| | | | |
|---|---|---|---|
| Bartlett Milling Co., L.P. v. Walnut Grove Auction & Realty Co.<br><br>Case below:<br>192 N.C. App. —<br>(19 August 2008) | No. 451P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-329) | Denied .12/11/08 |
| Blue Ridge Co. v. Town of Pineville, N.C.<br><br>Case below:<br>188 N.C. App. 466 | No. 101P08 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA07-206)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 12/11/08<br><br>2. Dismissed as Moot 12/11/08 |
| Bluebird Corp. v. Aubin<br><br>Case below:<br>188 N.C. App. 671 | No. 128P08 | Plt's (Susi) PDR Under N.C.G.S. § 7A-31 (COA07-282) | Denied 12/11/08 |
| Brown v. Ellis<br><br>Case below:<br>184 N.C. App. 547 | No. 389P07 | 1. Plt-Appellant's NOA Pursuant to N.C.G.S. § 7A-30(1) (COA06-710)<br><br>2. Def's Motion to Dismiss Appeal<br><br>3. Plt-Appellant's Conditional PDR<br><br>4. Plt-Appellant's PWC for Review of Order of COA<br><br>5. Def's Conditional PDR Under N.C.G.S. § 7A-31<br><br>6. Plt's Motion for Leave to Supplement PWC, NOA, and PDR | 1. —<br><br>2. Allowed 12/11/08<br><br>3. Allowed 12/11/08<br><br>4. Denied 12/11/08<br><br>5. Denied 12/11/08<br><br>6. Allowed 04/10/08 |
| Bryant v. Taylor King Furn.<br><br>Case below:<br>189 N.C. App. 530 | No. 167P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-120) | Allowed 12/11/08 |
| CIM Ins. Corp. v. Cascade Auto Glass, Inc.<br><br>Case below:<br>190 N.C. App. —<br>(3 June 2008) | No. 311P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-1079) | Denied 12/11/08<br><br>**Martin, J., Recused** |

| | | | |
|---|---|---|---|
| Cockerham-Ellerbee v. Town of Jonesville<br><br>Case below:<br>190 N.C. App. 150 | No. 266P08 | Defs' PDR Under N.C.G.S. § 7A-31 (COA07-1161) . | Denied<br>12/11/08 |
| Countrywide Home Loans, Inc. v. Bank One, N.A.<br><br>Case below:<br>190 N.C. App. ——<br>(20 May 2008) | No. 293P08 | Defs' PDR Under N.C.G.S. § 7A-31 (COA07-1137) | Denied<br>12/11/08 |
| Dalenko v. Collier<br><br>Case below:<br>191 N.C. App. ——<br>(5 August 2008) | No. 274A08-2 | Plt's NOA Based Upon a Constitutional Question (COA07-1404) | Dismissed<br>*Ex Mero Motu*<br>12/11/08 |
| Davis v. City of New Bern<br><br>Case below:<br>189 N.C. App. 723 | No. 201P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-785) | Denied<br>12/11/08<br><br>**Martin, J., Recused** |
| Davis v. Sugarman<br><br>Case below:<br>192 N.C. App. ——<br>(19 August 2008) | No. 471P08 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA07-505)<br><br>2. Defs' (Sugarman & Sanger Clinic) Conditional PDR Under N.C.G.S. § 7A-31<br><br>3. Defs' (Scherczinger & Charlotte Cardiology) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>12/11/08<br><br>2. Dismissed as Moot<br>12/11/08<br><br>3. Dismissed as Moot<br>12/11/08 |
| Elm St. Gallery, Inc. v. Williams<br><br>Case below:<br>191 N.C. App. ——<br>(5 August 2008) | No. 414P08 | Plts' PDR Under N.C.G.S. § 7A-31 (COA08-10) | Denied<br>12/11/08<br><br>**Edmunds, J., Recused** |
| Felts v. Felts<br><br>Case below:<br>192 N.C. App. ——<br>(2 September 2008) | No. 454P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-967) | Denied<br>12/11/08 |
| Goodwin v. Smith<br><br>Case below:<br>171 N.C. App. 707 | No. 398P08 | 1. Plt's PWC to Review Order of Guilford County Superior Court (COA04-1266)<br><br>2. Plt's PWC to Review Decision of COA | 1. Denied<br>12/11/08<br><br>2. Denied<br>12/11/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Gregory v. W.A. Brown & Sons<br><br>Case below:<br>192 N.C. App. ——<br>(5 August 2008) | No. 447A08 | 1. Def-Appellants' NOA (Dissent) (COA07-1265)<br><br>2. Def-Appellants' Motion for Temporary Stay<br><br>3. Def-Appellants' Petition for Writ of Supersedeas<br><br>4. Def-Appellants' PDR as to Additional Issues | 1. ——<br><br>2. Allowed 09/24/08<br><br>3. Allowed 12/11/08<br><br>4. Denied 12/11/08 |
| Hamilton v. Thomasville Med. Assocs.<br><br>Case below:<br>187 N.C. App. 789 | No. 025P08 | Defs' PDR Under N.C.G.S. § 7A-31 (COA07-583) | Denied 12/11/08 |
| Heatzig v. MacLean<br><br>Case below:<br>191 N.C. App. ——<br>(5 August 2008) | No. 418P08 | 1. Def's (Elizabeth MacLean) NOA Based Upon a Constitutional Question (COA07-875)<br><br>2. Plt's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 12/11/08<br><br>3. Denied 12/11/08 |
| Helms v. Helms<br><br>Case below:<br>191 N.C. App. ——<br>(17 June 2008) | No. 340A08 | 1. Def-Appellant's NOA (Dissent) (COA07-1090)<br><br>2. Def-Appellant's PDR | 1. ——<br><br>2. Denied 12/11/08 |
| In re A.S.<br><br>Case below:<br>190 N.C. App. ——<br>(3 June 2008) | No. 310A08 | 1. Respondent's (Mother) NOA (Dissent) (COA07-1242)<br><br>2. Respondent's (Mother) PDR as to Additional Issues | 1. ——<br><br>2. Denied 12/11/08 |
| In re C.T.J.<br><br>Case below:<br>191 N.C. App. ——<br>(1 July 2008) | No. 352P08 | Respondent's PDR Under N.C.G.S. § 7A-31 (COA08-75) | Denied 12/11/08 |
| In re E.S.<br><br>Case below:<br>191 N.C. App. ——<br>(5 August 2008) | No. 396P08 | Juvenile's PDR Under N.C.G.S. § 7A-31 (COA07-1054) | Denied 12/11/08 |
| In re K.L.C. & K.R.N.<br><br>Case below:<br>191 N.C. App. ——<br>(15 July 2008) | No. 470P08 | Respondent-Appellant's Petion for "Writ of Certari (sic)" | Dismissed 12/11/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re Z.A.K.<br><br>Case below:<br>189 N.C. App. 354 | No. 191P08 | 1. Petitioner's (Juvenile) PDR Under N.C.G.S. § 7A-31 (COA07-641)<br><br>2. Respondent's (State) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 12/11/08<br><br>2. Dismissed as Moot 12/11/08 |
| Johnson v. Walker<br><br>Case below:<br>190 N.C. App. 205 | No. 302P08 | Defs' PDR Under N.C.G.S. § 7A-31 (COA07-523) | Denied 12/11/08 |
| Kerr v. Long<br><br>Case below:<br>189 N.C. App. 331 | No. 216P08 | Plt's PWC to Review Decision of COA (COA07-916) | Denied 12/11/08 |
| Meares v. Dana Corp.<br><br>Case below:<br>193 N.C. App. —<br>(7 October 2008) | No. 502P08 | Defs' Motion for Temporary Stay (COA07-1401) | Allowed 11/12/08 |
| Muchmore v. Trask<br><br>Case below:<br>192 N.C. App. —<br>(16 September 2008) | No. 479P08 | Plt's Motion for Temporary Stay (COA07-995) | Allowed 10/24/08 |
| N.C. Ins.Guar. Ass'n v. Board of Trs. of Guilford Technical Cmty. Coll.<br><br>Case below:<br>185 N.C. App. 518 | No. 470P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-401) | See Special Order Page 678 |
| N.C. State Bar v. Gilbert<br><br>Case below:<br>189 N.C. App. 320 | No. 194P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-74) | Denied 12/11/08 |
| Sawyer v. Market Am., Inc.<br><br>Case below:<br>190 N.C. App. —<br>(3 June 2008) | No. 312P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-1257) | Denied 12/11/08 |
| Snyder v. Duncan<br><br>Case below:<br>191 N.C. App. —<br>(15 July 2008) | No. 382P08 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA07-106)<br><br>2. Def's (Buchanan) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 12/11/08<br><br>2. Dismissed as Moot 12/11/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Snyder v. Learning Servs. Corp.<br><br>Case below:<br>187 N.C. App. 480 | No. 016P08 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA07-98)<br><br>2. Def's Motion to Withdraw PDR | 1. ——<br><br>2. Allowed 12/11/08<br><br>**Martin, J., Recused** |
| State v. Abshire<br><br>Case below:<br>192 N.C. App. ——<br>(16 September 2008) | No. 459A08 | 1. State's Motion for Temporary Stay (COA07-1185)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's NOA (Dissent)<br><br>4. State's PDR as to Additional Issues | 1. Allowed 10/06/08<br><br>2. Allowed 12/11/08<br><br>3. ——<br><br>4. Allowed 12/11/08 |
| State v. Banks<br><br>Case below:<br>191 N.C. App. ——<br>(5 August 2008) | No. 426P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-1226) | Denied 12/11/08 |
| State v. Bass<br><br>Case below:<br>190 N.C. App. 339 | No. 373P08 | 1. Def's NOA Under N.C.G.S. § 7A-30(1) (COA07-604)<br><br>2. Def's PWC Under N.C.G.S. § 7A-32(c), 15A-1442 et seq. and Rule 21 of the N.C. R. App. P. | 1. Dismissed *Ex Mero Motu* 12/11/08<br><br>2. Denied 12/11/08. |
| State v. Boston<br><br>Case below:<br>191 N.C. App. ——<br>(5 August 2008) | No. 421P08 | 1. Def-Appellant's NOA (Constitutional Question)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def-Appellant's PDR Under N.C.G.S. § 7A-31(c)(2) | 1. ——<br><br>2. Allowed 12/11/08<br><br>3. Denied 12/11/08 |
| State v. Bowden<br><br>Case below:<br>193 N.C. App. ——<br>(4 November 2008) | No. 514P08 | State's Motion for Temporary Stay (COA08-372) | Allowed 11/21/08 |
| State v. Bryant<br><br>Case below:<br>191 N.C. App. ——<br>(15 July 2008) | No. 376P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA07-1337) | Denied 12/11/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Chappelle<br><br>Case below:<br>193 N.C. App. ——<br>(21 October 2008) | No. 494P08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-1312)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed<br>12/11/08<br><br>3. Denied |
| State v. Cousar<br><br>Case below:<br>190 N.C. App. ——<br>(3 June 2008) | No. 313P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-850) | Denied<br>12/11/08 |
| State v. Delrosario<br><br>Case below:<br>190 N.C. App. ——<br>(3 June 2008) | No. 323P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-953) | Denied<br>12/11/08 |
| State v. Dewalt<br><br>Case below:<br>190 N.C. App. 158 | No. 261P08 | 1. Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-196)<br><br>2. Def's Motion to Suspend the Rules to Permit the Belated Filing of a NOA Based Upon a Constitutional Question, or, in the Alternative, Def's PWC<br><br>3. State's Motion to Dismiss Appeal | 1. Denied<br>12/11/08<br><br>2. Denied<br>12/11/08<br><br><br><br>3. Dismissed as Moot<br>12/11/08 |
| State v. Duncan<br><br>Case below:<br>191 N.C. App. ——<br>(15 July 2008) | No. 386A08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-1559)<br><br>2. State's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed<br>12/11/08 |
| State v. Garris<br><br>Case below:<br>191 N.C. App. ——<br>(15 July 2008) | No. 381P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-1388) | Denied<br>12/11/08 |
| State v. Godwin<br><br>Case below:<br>193 N.C. App. ——<br>(7 October 2008) | No. 489P08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-1280)<br><br>2. State's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>12/11/08<br><br>3. Denied<br>12/11/08 |
| State v. Grimes<br><br>Case below:<br>193 N.C. App. ——<br>(21 October 2008) | No. 509P08 | 1. Def's NOA Based Upon a Constitutional Question (COA08-425)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*Ex Mero Motu*<br>12/11/08<br><br>2. Dismissed<br>12/11/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Hallyburton<br><br>Case below:<br>190 N.C. App. 206 | No. 446P08 | Def's PWC to Review Decision of COA<br>(COA07-1114) | Denied<br>12/11/08 |
| State v. Hyman<br><br>Cases below:<br>1. 172 N.C. App. 173<br><br>2. 182 N.C. App. 529<br><br>3. Bertie County<br>Superior Court | No. 245P08 | 1. Def's PWC to Review Decision of COA<br>(COA04-1058)<br><br>2. Def's PWC to Review Decision of COA<br>(COA06-939)<br><br>3. Def's PWC to Review Order of Bertie<br>County Superior Court | 1. Denied<br>12/11/08<br><br>2. Denied<br>12/11/08<br><br>3. Denied<br>12/11/08 |
| State v. Ibarra<br><br>Case below:<br>189 N.C. App. 788 | No. 227P08-2 | Def's Petition for Writ of Habeas Corpus<br>Under N.C. Gen. Stat. Sec. 17-3 et al.<br>(COA07-1236) | Denied<br>12/03/08 |
| State v. Jacobs<br><br>Case below:<br>193 N.C. App. ——<br>(4 November 2008) | No. 617P05-2 | State's Motion for Temporary Stay<br>(COA04-541-2) | Allowed<br>11/24/08 |
| State v. Little<br><br>191 N.C. App. ——<br>(5 August 2008) | No. 407P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA08-82) | Denied<br>12/11/08 |
| State v. Lopez<br><br>Case below:<br>188 N.C. App. 553 | No. 095PA08 | 1. State's PDR Under N.C.G.S. § 7A-31<br>(COA07-422)<br><br>2. Def's NOA Based Upon a Constitutional<br>Question<br><br>3. State's Motion to Dismiss Appeal<br><br>4. Def's PDR Under N.C.G.S. § 7A-31<br><br>5. Def's Motion to Amend NOA and PDR | 1. Allowed<br>12/11/08<br><br>2. ——<br><br>3. Allowed<br>12/11/08<br><br>4. Allowed<br>12/11/08<br><br>5. Allowed<br>12/11/08 |
| State v. Lugo<br><br>Case below:<br>191 N.C. App. ——<br>(5 August 2008) | No. 409P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-906) | Denied<br>12/11/08 |
| State v. McArthur<br><br>Case below:<br>191 N.C. App. ——<br>(1 July 2008) | No. 363P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-1348) | Allowed<br>12/11/08 |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. McDonald<br><br>Case below:<br>191 N.C. App. ——<br>(5 August 2008) | No. 410P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-710) | Denied<br>12/11/08 |
| State v. McDougald<br><br>Case below:<br>190 N.C. App. ——<br>(20 May 2008) | No. 253P08 | Def's PWC to Review Decision of COA<br>(COA07-993) | Dismissed<br>12/11/08 |
| State v. Moore<br><br>Case below:<br>187 N.C. App. 510 | No. 445P08 | Def's PWC to Review Decision of COA<br>(COA06-1618) | Denied<br>12/11/08 |
| State v. Morgan<br><br>Case below:<br>189 N.C. App. 716 | No. 203P08 | 1. State's Motion for Temporary Stay<br>(COA07-745)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Conditional PDR under N.C.G.S.<br>§ 7A-31 | 1. Allowed<br>04/30/08<br>Stay Dissolved<br>12/11/08<br><br>2. Denied<br>12/11/08<br><br>3. Denied<br>12/11/08<br><br>4. Dismissed<br>as Moot<br>12/11/08 |
| State v. Oakman<br><br>Case below:<br>191 N.C. App. ——<br>(5 August 2008) | No. 411P08 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA07-929) | Denied<br>12/11/08 |
| State v. Philip<br>Morris USA, Inc.<br><br>Case below:<br>193 N.C. App. ——<br>(7 October 2008) | No. 002P05-3 | State's Motion for Temporary Stay<br>(COA07-409) | Allowed<br>11/10/08 |
| State v. Poteat<br><br>Case below:<br>187 N.C. App. 813 | No. 350P08 | Def's PWC to Review Decision of COA<br>(COA07-511) | Denied<br>12/11/08 |
| State v. Ramos<br><br>Case below:<br>193 N.C. App. ——<br>(18 November 2008) | No. 535A08 | 1. State's Motion for Temporary Stay<br>(COA07-994)<br><br>2. State's Petition for Writ of Supersedeas<br><br>3. State's NOA (Dissent) | 1. Allowed<br>12/05/08<br><br>2. Allowed<br>12/11/08<br><br>3. —— |

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Robinson<br><br>Case below:<br>191 N.C. App. ——<br>(5 August 2008) | No. 412P08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-1274)<br><br>2. State's Motion to Strike NOA<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>12/11/08<br><br>3. Denied<br>12/11/08 |
| State v. Robinson<br><br>Case below:<br>140 N.C. App. 388 | No. 200P07-3 | Def's Motion for "Notice of Belated Appeal (NOBA) Under Rule 14 Appeal of Right for Court of Appeals to Supreme Court Under G.S. 7A-30 and G.S. 15A-1444(a)" (COAP05-858) (COA00-78) | Dismissed<br>12/11/08 |
| State v. Sayavong<br><br>Case below:<br>191 N.C. App. ——<br>(1 July 2008) | No. 461P08 | Def's PWC to Review the Decision of the COA (COA08-64) | Denied<br>12/11/08 |
| State v. Sexton<br><br>Case below:<br>193 N.C. App. ——<br>(7 October 2008) | No. 483P08 | State's Motion for Temporary Stay (COA07-1438) | Allowed<br>10/27/08 |
| State v. Sink<br><br>Case below:<br>191 N.C. App. ——<br>(1 July 2008) | No. 353P08 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA07-1407)<br><br>2. Def's PWC to Review the Decision of the COA | 1. Denied<br>12/11/08<br><br>2. Dismissed<br>as Moot<br>12/11/08 |
| State v. Smith<br><br>Case below:<br>193 N.C. App. ——<br>(18 November 2008) | No. 534P08 | State's Motion for Temporary Stay (COA08-533) | Allowed<br>12/05/08 |
| State v. Tanner<br><br>Case below:<br>193 N.C. App. ——<br>(7 October 2008) | No. 474P08 | State's Motion for Temporary Stay (COA08-251) | Allowed<br>10/20/08 |
| State v. Thomas<br><br>Case below:<br>191 N.C. App. ——<br>(1 July 2008) | No. 365P08 | 1. Def's NOA Based Upon a Constitutional Question (COA08-209)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*Ex Mero*<br>*Motu*<br>12/11/08<br><br>2. Denied<br>12/11/08 |
| State v. Walker<br><br>Case below:<br>192 N.C. App. ——<br>(19 August 2008) | No. 455P08 | Def's PDR Under N.C.G.S. § 7A-31 (COA08-36) | Denied<br>12/11/08 |

| | | | |
|---|---|---|---|
| State v. Worrell<br><br>Case below:<br>190 N.C. App. 387 | No. 247P08 | 1. Def's NOA Based Upon a Constitutional Question (COA07-1120) | 1. —— |
| | | 2. State's Motion to Dismiss Appeal | 2. Allowed 12/11/08 |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied 12/11/08 |
| Villepigue v. City of Danville, VA<br><br>Case below:<br>190 N.C. App. 359 | No. 278P08 | Plt's PDR Under N.C.G.S. § 7A-31 (COA07-876) | Denied 12/11/08 |